UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. BRITTANY TUCKER, ASHLEY ) <br> DEWEESE, and BONNIE BROOKS ) <br> ) <br>        Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AFFINITY HOSPICE HOLDINGS, LLC ) <br> ) <br>        Defendant. ) <br> ) | Case No. 8:23-cv-04666-JDA |

**JOINT MOTION TO EXTEND THE BRIEFING SCHEDULE ON
DEFENDANT'S MOTION TO DISMISS AND MOTION TO TRANSFER VENUE**

Pursuant to Local Civil Rule 6.01, Relators Brittany Tucker, Ashley DeWeese, and Bonnie Brooks (collectively, "Relators") and Defendant Affinity Hospice Holdings, LLC ("Affinity," and together with Relators, the "Parties"), by agreement, move to extend the briefing schedule on Affinity's Motion to Dismiss Relators' Complaint (Dkt. 25) and Motion to Transfer Venue (Dkt. 24). In support of this motion, the Parties state:

1. On September 16, 2024, Affinity filed its Motion to Dismiss and Motion to Transfer Venue (collectively, the "Motions").

2. Per Local Civil Rules 7.06 and 7.07, the current deadline for Relators' responses to the Motions is September 30, 2024, and the deadline for Affinity's replies would be October 7, 2024.

3. These deadlines have not been previously extended.

4. Relators request sixteen (16) additional days in which to file their responses to the Motions, making the new deadline October 16, 2024. The requested extension is needed for

numerous reasons, including Relators' counsel's other professional responsibilities and case deadlines that predate the filing of Affinity's Motions.

5. Affinity requests fourteen (14) additional days in which to file their replies in support of the Motions, making the new deadline November 6, 2024. The requested extension is needed for numerous reasons, including Affinity's counsel's other professional responsibilities and filing deadlines in other cases.

6. The Parties have conferred and consent to one another's respective requested extensions.

7. The requested extensions would not affect other deadlines in the case.

WHEREFORE, the Parties submit this joint request for an extension to October 16, 2024 for Relators to respond to Affinity's Motion to Dismiss and Motion to Transfer Venue, and an extension to November 6, 2024 for Affinity to reply in support of those Motions.

Respectfully submitted,

*s/Ashley White Creech*
Ashley White Creech #10346
MCGOWAN HOOD FELDER PHILLIPS, LLC
1539 Health Care Drive
Rock Hill, SC 29732
Phone:  803.327.7800
Fax:  803.328.5656
Email:  acreech@mcgowanhood.com

BENJAMIN P. BUCY (GA Bar No.: 526064)
(*pro hac vice*)
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.
909 Poydras St. Suite 2350
New Orleans, LA 70112
Phone:  912.809.3007
Email:  bbucy@barrassousdin.com

*Attorneys for Relators*

          <u>s/ Mark C. Moore</u>
Mark C. Moore (Fed. ID No. 4956)
MAYNARD NEXSEN PC
1230 Main Street, Suite 700 (29201)
P.O. Box 2426
Columbia, SC 29202
Phone:  803.540.2146
Email:  mmoore@maynardnexsen.com

Brett W. Barnett (admitted *pro hac vice*)
Alec J. Smith (admitted *pro hac vice*)
MCGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Phone:  312.849.8123
bbarnett@mcguirewoods.com
ajsmith@mcguirewoods.com

*Attorneys for Affinity Hospice Holdings, LLC*

Dated:  September 19, 2024