# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ex rel. **BRITTANY TUCKER, et al.,** | ] ] ] | |
| **Plaintiffs,** | ] ] | |
| v. | ] ] | **2:24-cv-01369-ACA** |
| **AFFINITY HOSPICE HOLDINGS, LLC,** | ] ] ] ] | |
| **Defendant.** | ] | |

## FINAL ORDER

Relators Brittany Tucker, Ashley DeWeese, and Bonnie Brooks brought this action on behalf of the United States against Defendant Affinity Hospice Holdings, LLC pursuant to the False Claims Act, 31 U.S.C. § 3730. (Doc. 1). The parties have filed a joint stipulation of dismissal (doc. 64), and the United States Attorney General has consented to the terms of the joint stipulation of dismissal (doc. 65). The court has considered the materials in this case, and consents to the dismissal of the case based on a determination that the dismissal is in the public interest. *See* 31 U.S.C. § 3730(b).

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the court **DISMISSES** the case **WITH PREJUDICE** with respect to the relators and **WITHOUT PREJUDICE** with respect to the United States.

The court **DIRECTS** the Clerk to close this case.

**DONE** and **ORDERED** this February 25, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE